IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES AND ACQUISITION OF CELLSITE INFORMATION FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (323)743-6402, WITH IMSI 310260661847399 | CASE NO.  5:14-SW-00004 JLT<br><br>ORDER TO UNSEAL PEN REGISTER<br><br>(Doc. 4) |

   On motion of the United States and for good cause shown to unseal the Application and Order authorizing the Installation and Use of a Pen Register and Trap and Trace Devices and Acquisition of Cellsite Information for Cellular Telephone Assigned Call Number (323) 743-6402, with IMSI 310260661847399

   IT IS HEREBY ORDERED that the pen register and related filings be unsealed and be made public record.

IT IS SO ORDERED.

   Dated:   **May 14, 2014**                         **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

Order to Unseal Search Warrant                               1